■ In the Matter of WALTER MILLER, Petitioner, v ROBERT A. KIRKPATRICK, as Superintendent of Wende Correctional Facility, Respondent. [844 NYS2d 757]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Shirley Troutman, A.J.], entered

April 20, 2007) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Gorski, Lunn, Peradotto and Green, JJ.